NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BETTY S. BAKER,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2014-7011

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-600, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Betty S. Baker's motion for a 90-day extension of time to obtain counsel,

IT IS ORDERED THAT:

The motion is granted to the extent that Baker's initial brief is due within 90 days of the date of filing of this order.

BAKER V. SHINSEKI                                          2

FOR THE COURT


 /s/  Daniel E. O'Toole
     Daniel E. O'Toole
     Clerk of Court

s27